# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **R.V. PERKINS,** | Case No.: 07-CV-4523 DSD/JJG |
| **Plaintiff,** | |
| v. | |
| **PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, and MONSANTO COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | **Jury Trial Demanded** |

I hereby certify that on June 11, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**

2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> **Ted G Meadows**
> ted.meadows@beasleyallen.com, katie.tucker@beasleyallen.com,
> chad.cook@beasleyallen.com, amy.brown@beasleyallen.com,
> nancy.dismukes@beasleyallen.com,gwyn.harris@beasleyallen.com,
> janet.pair@beasleyallen.com, melissa.prickett@beasleyallen.com,
> tabitha.dean@beasleyallen.com

Dated: June 11, 2008.                                FAEGRE & BENSON LLP


*s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
T (612) 766-7000
F (612) 766-1600

*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC*

fb.us.2972673.01