# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07−cv−04523−DSD−JJG

Perkins v. Pfizer, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Jeanne J. Graham
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 11/05/2007
Date Terminated: 07/29/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**R.V. Perkins**     represented by     **Andy−NA D Birchfield, Jr.**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navan−NA Ward, Jr**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ted G Meadows**
Beasley Allen Crow Methvin Portis &Miles, PC
PO Box 4160
Montgomery, AL 36103−4160
334−269−2343
Fax: 334−954−7555
Email: ted.meadows@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by     **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402−3901
612−766−7380
Fax: 612−766−1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402−3901
612−766−7000
Fax: 612−766−1600

Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**  represented by  **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**  represented by  **Erin M Verneris**
*formerly known as*  (See above for address)
G.D. Searle &Co.  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | Ï 1 | COMPLAINT against Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC (Filing fee $350 receipt number 4017387) assigned to Judge David S. Doty per Master List referred to Magistrate Judge Jeanne J. Graham, filed by R.V. Perkins. (Attachments: # 1 Civil Cover Sheet) (jc) QC'd on 11/6/2007 (mkc). (Entered: 11/05/2007) |
| 11/05/2007 | Ï | Summons Issued as to Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (jc) (Entered: 11/05/2007) |
| 05/14/2008 | Ï | 4 Summons Reissued as to Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (akl) (Entered: 05/15/2008) |
| 06/11/2008 | Ï 2 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 4 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC re 2 Answer to Complaint, 3 Rule 7.1 – Disclosure Statement (Price, Joseph) (Entered: 06/11/2008) |

| 07/29/2008 | Ï 5 | Certified Copy of Transfer Order (CTO−104) from the Judicial Panel on Multi−District Litigation; transferring case to the Northern District of California for coordinated or consolidated proceedings. Case assigned to the Honorable Charles R. Breyer. (jz) (Entered: 07/29/2008) |
|---|---|---|
| 07/29/2008 | Ï | NOTICE to Attorney: this case has been transferred/extracted to the Northern District of California. (jz) (Entered: 07/29/2008) |